UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BERTHA ROMERO-DE-MENDOZA<br><br>Plaintiff,<br>v.<br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. 2:16-cv-00664-JCM-PAL<br><br>ORDER<br><br>(Mot WD – Dkt. #13) |

Before the court is Adam Smith's and Corey Eschweiler's Motion to Withdraw as Plaintiff's Counsel (Dkt. #13) filed May 27, 2016, a Certificate of Service (Dkt. #14), filed May 31, 2016, and Errata ((Dkt. #15) filed June 1, 2016.  Counsel states that Plaintiff and counsel have reached a fundamental disagreement regarding the strategy of this action.  As such, counsel can no longer represent Plaintiff in this lawsuit.  The Errata indicates Plaintiff was served with Defendant's First Set of Interrogatories, First Set of Requests for Production and a deposition notice for the Plaintiff after the motion was filed.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Adam Smith's and Corey Eschweiler's Motion to Withdraw as Counsel for Plaintiff Bertha Romero-de-Mendoza (Dkt. #13) is **GRANTED**.

2. Plaintiff Bertha Romero-de-Mendoza shall have until **July 5, 2016**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se*.

3. Plaintiff Bertha Romero-de-Mendoza's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this

matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the district judge that Plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. Plaintiff's obligation to respond to outstanding discovery served after the motion to withdraw was filed is temporarily stayed and the court will reset the deadline once Plaintiff has either retained substitute counsel or indicated she will be representing herself.

5. The Clerk of the Court shall serve Plaintiff Bertha Romero-de-Mendoza with a copy of this order at her last known address:

Bertha Romero-de-Mendoza
3080 Parkdale Ave.
Las Vegas, NV  89121

6. A Status Check will be held **July 19, 2016, at 9:00 a.m.**, in Courtroom 3B.

DATED this 8th day of June, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE